| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **SRZ Master Tenant, LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-0567816** |
| 4. | **Debtor's address** | **Principal place of business**  **20 East Sunrise Highway**  **Valley Stream, NY 11581**  Number, Street, City, State & ZIP Code  **Nassau**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **SRZ Master Tenant, LLC**_____  Case number (*if known*)_____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____5511____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

Debtor **SRZ Master Tenant, LLC**   Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor **See Attachment** | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
■ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor   **SRZ Master Tenant, LLC**                                                                 Case number (*if known*)
         <sub>Name</sub>

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion

Debtor   **SRZ Master Tenant, LLC**                                                     Case number (*if known*)
         Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 6, 2025**
               MM / DD / YYYY

X   **/s/ Samuel Goldner**                                          **Samuel Goldner**
    Signature of authorized representative of debtor                Printed name

Title   **Manager of GCM Manager LLC, as Manager**

**18. Signature of attorney**

X   **/s/ Gary F. Herbst, Esq.**                                    Date   **February 6, 2025**
    Signature of attorney for debtor                                       MM / DD / YYYY

**Gary F. Herbst, Esq.**
Printed name

**LaMonica Herbst & Maniscalco, LLP**
Firm name

**3305 Jerusalem Avenue, Suite 201**
**Wantagh, NY 11793**
Number, Street, City, State & ZIP Code

Contact phone   **516-826-6500**        Email address   **gfh@lhmlawfirm.com**

Bar number and State

| Debtor | **SRZ Master Tenant, LLC** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | Name | | | | |

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **GCM Manager LLC** | | | Relationship to you | **Afffiliate** |
| District | **Eastern District New York** | When | **10/02/24** | Case number, if known | **24-73790** |
| Debtor | **GCM Parkside LLC** | | | Relationship to you | **Affiliate** |
| District | **Eastern District New York** | When | **10/02/24** | Case number, if known | **24-73791** |
| Debtor | **GCM UP LLC** | | | Relationship to you | **Affiliate** |
| District | **Eastern District New York** | When | **10/02/24** | Case number, if known | **24-73792** |
| Debtor | **GCM Wash LLC** | | | Relationship to you | **Affiliate** |
| District | **Eastern District New York** | When | **10/02/24** | Case number, if known | **24-73793** |
| Debtor | **Goldner Capital Management LLC** | | | Relationship to you | **Affiliate** |
| District | **Eastern District New York** | When | **10/02/24** | Case number, if known | **24-73789** |
| Debtor | **LHW Master Tenant LLC** | | | Relationship to you | **Affiliate** |
| District | **Eastern District New York** | When | **10/02/24** | Case number, if known | **24-73794** |
| Debtor | **Missouri MT Holdings LLC** | | | Relationship to you | **Affiliate** |
| District | **Eastern District New York** | When | **10/02/24** | Case number, if known | **24-73795** |

**Fill in this information to identify the case:**

Debtor name __SRZ Master Tenant, LLC__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __February 6, 2025__      X __/s/ Samuel Goldner__
                                          Signature of individual signing on behalf of debtor

                                          **Samuel Goldner**
                                          Printed name

                                          **Manager of GCM Manager LLC, as Manager**
                                          Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **SRZ Master Tenant, LLC** | |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** | ☐ Check if this is an amended filing |
| Case number (if known): | | |

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                                  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **CR Aviv, LLC**<br>**300 International Circle**<br>**Suite 200**<br>**Cockeysville, MD 21030** | | **Prior Landlord** | | **Unknown** | **$0.00** | **Unknown** |
| **FC Encore Prop. B Holdco**<br>**c/o Omega Healthcare Inv.**<br>**200 International Circle**<br>**Suite 3500**<br>**Hunt Valley, MD 21030** | | | | | | **$0.00** |
| **Kare Technologies, LLC**<br>**c/o Adams and Reese LLP**<br>**1600 West End Ave.**<br>**Suite 1400**<br>**Nashville, TN 37203** | | **Lawsuit** | **Contingent Disputed** | | | **$605,342.00** |
| **Missouri Regency Assoc.**<br>**c/o Omega Healthcare Inv.**<br>**200 International Circle**<br>**Suite 3500**<br>**Hunt Valley, MD 21030** | | | | | | **$0.00** |
| **Omega Healthcare Inv. Inc**<br>**303 International Circle**<br>**Suite 200**<br>**Hunt Valley, MD 21030** | | | | | | **$0.00** |

Debtor **SRZ Master Tenant, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Paric Corporation**<br>**c/o McCarthy Leonard**<br>**825 Maryville Centre Dr**<br>**Suite 300**<br>**Chesterfield, MO 63017** | | **Lawsuit** | | | | **$0.00** |
| **Reinhold Electric, Inc.**<br>**c/o Stockenberg Law Firm**<br>**3636 South Geyer Road**<br>**Suite 100**<br>**Saint Louis, MO 63127** | | **Lawsuit** | | | | **$0.00** |

**United States Bankruptcy Court**
**Eastern District of New York**

In re  **SRZ Master Tenant, LLC**                                    Case No.
                                    Debtor(s)                        Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:  **February 6, 2025**            **/s/ Samuel Goldner**
                                       **Samuel Goldner/Manager of GCM Manager LLC, as Manager**
                                       Signer/Title

Date:  **February 6, 2025**            **/s/ Gary F. Herbst, Esq.**
                                       Signature of Attorney
                                       **Gary F. Herbst, Esq.**
                                       **LaMonica Herbst & Maniscalco, LLP**
                                       **3305 Jerusalem Avenue, Suite 201**
                                       **Wantagh, NY 11793**
                                       **516-826-6500**

Bryan Cave LLP
One Metropolitan Square
211 N. Broadway, Ste 3600
Saint Louis, MO 63102


Bush Kornfeld LLP
601 Union St, Ste 5000
Attn: Thomas A. Buford
Seattle, WA 98101-2373


CR Aviv, LLC
300 International Circle
Suite 200
Cockeysville, MD 21030


FC Encore Prop. B Holdco
c/o Omega Healthcare Inv.
200 International Circle
Suite 3500
Hunt Valley, MD 21030


Freiberger Haber LLP
425 Broad Hollow Road
Suite 416
Melville, NY 11747


Gutnicki LLP
45 Rockefeller Plaza
Suite 2000
Attn: Ren Ann Wang, Esq.
New York, NY 10111


Kare Technologies, LLC
c/o Adams and Reese LLP
1600 West End Ave.
Suite 1400
Nashville, TN 37203


Kare Technologies, LLC
448 W. 19th Street
Suite 1124
Houston, TX 77008

```
Missouri Regency Assoc.
c/o Omega Healthcare Inv.
200 International Circle
Suite 3500
Hunt Valley, MD 21030


Omega Healthcare Inv. Inc
303 International Circle
Suite 200
Hunt Valley, MD 21030


Omega Healthcare Inv. Inc
200 International Circle
Suite 3500
Attn.: Daniel J. Booth
Hunt Valley, MD 21030


Paric Corporation
c/o McCarthy Leonard
825 Maryville Centre Dr
Suite 300
Chesterfield, MO 63017


Paric Corporation
77 Westport Plaza
Suite 250
Saint Louis, MO 63146


Reinhold Electric, Inc.
c/o Stockenberg Law Firm
3636 South Geyer Road
Suite 100
Saint Louis, MO 63127


Reinhold Electric, Inc.
2511 Lemay Ferry Road
Saint Louis, MO 63125


Vertical Health Svcs, LLC
15406 Meridian Ave E
Ste 201
Puyallup, WA 98375
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** SRZ Master Tenant, LLC     **CASE NO.:**

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

■ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.: **24-73790**   JUDGE: **Alan S. Trust**   DISTRICT/DIVISION: **Eastern District New York**

DEBTOR NAME: **GCM Manager LLC**

CASE STILL PENDING (Y/N):   **Y**   [*If closed*] Date of closing:

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:   **Afffiliate**

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

2. CASE NO.: **24-73791**   JUDGE: **Alan S. Trust**   DISTRICT/DIVISION: **Eastern District New York**

DEBTOR NAME: **GCM Parkside LLC**

CASE STILL PENDING (Y/N):   **Y**   [*If closed*] Date of closing:

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:   **Affiliate**

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

3. CASE NO.: **24-73792**   JUDGE: **Alan S. Trust**   DISTRICT/DIVISION: **Eastern District New York**

DEBTOR NAME: **GCM UP LLC**

CASE STILL PENDING (Y/N):   **Y**          [*If closed*] Date of closing:

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:   **Affiliate**

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

4. CASE NO.: **24-73793**   JUDGE: **Alan S. Trust**   DISTRICT/DIVISION: **Eastern District New York**

DEBTOR NAME: **GCM Wash LLC**

CASE STILL PENDING (Y/N):   **Y**          [*If closed*] Date of closing:

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:   **Affiliate**

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

5. CASE NO.: **24-73789**   JUDGE: **Alan S. Trust**   DISTRICT/DIVISION: **Eastern District New York**

DEBTOR NAME: **Goldner Capital Management LLC**

CASE STILL PENDING (Y/N):   **Y**          [*If closed*] Date of closing:

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:   **Affiliate**

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

6. CASE NO.: **24-73794**   JUDGE: **Alan S. Trust**   DISTRICT/DIVISION: **Eastern District New York**

DEBTOR NAME: **LHW Master Tenant LLC**

CASE STILL PENDING (Y/N):   **Y**          [*If closed*] Date of closing:

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:   **Affiliate**

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

DISCLOSURE OF RELATED CASES (cont'd)

7. CASE NO.: **24-73795**   JUDGE: **Alan S. Trust**   DISTRICT/DIVISION: **Eastern District New York**

DEBTOR NAME: **Missouri MT Holdings LLC**

CASE STILL PENDING (Y/N): **Y**       [*If closed*] Date of closing:

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: **Affiliate**

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __**Y**__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

**/s/ Gary F. Herbst, Esq.**
**Gary F. Herbst, Esq.**
Signature of Debtor's Attorney
**LaMonica Herbst & Maniscalco, LLP**
**3305 Jerusalem Avenue, Suite 201**
**Wantagh, NY 11793**
**516-826-6500**

_____
Signature of Pro Se Debtor/Petitioner

_____
Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

# United States Bankruptcy Court
### Eastern District of New York

In re **SRZ Master Tenant, LLC**
Debtor(s)

Case No. _____

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Missouri MT Holdings LLC**<br>**20 East Sunrise Highway**<br>**Valley Stream, NY 11581** | | | **100%** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Manager of GCM Manager LLC, as Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **February 6, 2025**    Signature **/s/ Samuel Goldner**
**Samuel Goldner**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders